IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| MACK DAVIS, R. KENNETH BABB, CHRIS STEWART, CHARLES L. RYAN, JOANNE F. HESSEY, CARL P. HOLVECK, FRANCIS MASE, TABE MASE, KRISTIN YOUNG POWELL, JAMES MONROE POWELL, IV, ELMER VELSACO, CAROLYN VELASCO, KIMBERLY BERRY, SANFORD MILLER, and RANDY BARFIELD, each Individually, and on behalf of, Plaintiff Class Members, | § | |
| *Plaintiffs*, | § | CIVIL ACTION NO. 6:11-cv-00047 |
| vs. | § | |
| WELLS FARGO BANK, N.A., WACHOVIA BANK, N.A., GREENLINK, LLC, WELLS FARGO HOME MORTGAGE, INC., and AMERICA'S SERVICING COMPANY, and DOES 1 through 10 inclusive, | § | |
| *Defendants*. | § | |

---

**DECLARATION OF CRAIG M. SICO IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' VERIFIED MOTION TO ABATE**

---

1. My name is Craig M. Sico. I am of sound mind and competent to make this declaration and swear to the matters herein. I am over the age of 21 years and have never been convicted of a felony or crime of moral turpitude. All statements made herein are true and correct and based upon my personal knowledge.

2. I am an attorney at Sico, White, Hoelscher & Braugh, LLP. I am lead counsel for Plaintiffs in the above-entitled action.

3. In their Verified Motion to Abate, Defendants allege that Plaintiffs did not provide Defendants with pre-suit notice as required by the Texas Deceptive Trade Practices Act. Plaintiffs did not provide Defendants with pre-suit notice because the running of the statute of limitations was imminent and therefore the giving of 60 days' written notice was rendered impracticable.

4. A diligent search performed at the Calhoun County Courthouse in March 2011 uncovered, among other things, a Substitute Trustee's Deed dated September 1, 2009. Harry Allen Fawcett purchased Lot 212 in Phase One of The Sanctuary on May 21, 2007 for $179,892.00. On May 21, 2009, Wachovia Bank, N.A. appointed James W. King as Substitute Trustee. On September 1, 2009, James W. King, as Substitute Trustee for Wachovia Bank, N.A., sold Lot 212 to Wachovia Bank, N.A. for $98,113.70. A true and correct copy of this document is attached hereto as Exhibit "A-1." The statute of limitations for a violation of the Texas Deceptive Trade Practices Act is two years. As such, Plaintiffs filed their Original Complaint on August 31, 2011, in order to avoid the running of the statute of limitations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 21, 2011

Craig M. Sico
SICO, WHITE, HOELSCHER & BRAUGH, L.L.P
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Telephone: 361-653-3300
Facsimile: 361-653-3333